

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00203-CV

Michael S. **GOODLETT,** Jr. through his Legal Guardian, Michael S. Goodlett, Sr.,
Appellant

v.

### NORTHEAST INDEPENDENT SCHOOL DISTRICT,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03596
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting appellee's plea to the jurisdiction and dismissing all of appellant's claims with prejudice is AFFIRMED.

It is further ORDERED that each party shall bear their own costs of appeal.

SIGNED May 26, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice